**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

March 1, 2023

Application **GRANTED**. Pursuant to Federal Rule of Civil Procedure 4(m), if the Complaint is not served by April 10, 2023, the case will be dismissed.

The initial pretrial conference scheduled for March 8, 2023, is adjourned to **April 19, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **April 12, 2023, at 12:00 P.M.**

Dated: March 2, 2023
New York, New York

*Via ECF*
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

RE:    Greenberg v. Televisa Univision, Inc., et al
       Civil Action No. 23-cv-189 (LGS)

Your Honor:

This office represents Plaintiff in the above-referenced matter. Plaintiff writes to respectfully request that the initial conference scheduled for March 8, 2023 at 4:00 p.m., as well as the deadline to submit a corresponding joint letter in advance of the conference, be adjourned to a date after April 10, 2023. The requested adjournment is necessary because, despite Plaintiff's efforts to date, Defendants have not yet successfully been served with process and counsel for Defendants have not yet appeared. *See Affidavits of Due Diligence* attached hereto as exhibits A and B. In light of our process server's initial inability to serve process, they are currently attempting to serve Corporate Defendant via the secretary of state and via the Individual Defendant's home address. Plaintiff is confident that service of process should be effected shortly and within the time prescribed by Federal of Civil Procedure 4(m). Accordingly, Plaintiff respectfully requests that the conference scheduled for March 8, 2023 be adjourned to a date after April 10, 2023.

Plaintiff thanks the Court for its time and attention.

Respectfully submitted,

**PHILLIPS & ASSOCIATES,**
**ATTORNEYS AT LAW, PLLC**

By: /s/ Shawn Clark_____
Shawn Clark, Esq.

Enclosure

1