By **April 19, 2023**, Defendant shall filed a letter stating whether it intends to oppose this motion.  So Ordered.

Dated: April 17, 2023
      New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WAZEL JANE GREENBERG,

                        Plaintiff,

  -against-

TELEVISA UNIVISION, INC.,

                        Defendant.
------------------------------------------------------------------------X

Index No.:  23 CV 00189 (LGS)

**NOTICE OF MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY**

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Affidavit of Shawn Clark, Esq., and supporting exhibits attached thereto, Plaintiff, by and through her attorneys Phillips & Associates, PLLC, respectfully moves the Court pursuant to 28 U.S.C. § 1404(a) to transfer this action to the District of New Jersey.

Dated:  New York, New York
        April 14, 2023

                                      **PHILLIPS & ASSOCIATES,**
                                      **Attorneys at Law, PLLC**
                                      _____/s/_____
                                      Shawn R. Clark, Esq.
                                      *Attorneys for Plaintiff*
                                      45 Broadway, Suite 620
                                      New York, New York 10006
                                      T: (212) 248-7431
                                      sclark@tpglaws.com

1